UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**JUAN CARLOS GINARTE**

      Plaintiff,

      v.                                            Civil Action No. 1:06-cv-02074-RWB

**CONDOLEEZA RICE.**

      Defendant.
_____/

## REQUEST TO ISSUE SUMMONS

TO THE CLERK:

      Please issue a summons to be served upon Attorney General Alberto Gonzales. Filed herewith is a completed summons form.

Dated: December 23 , 2006            Respectfully submitted,

                                              **MARKS & KATZ, L.L.C.**

                                              __/s/_____
                                              Jonathan L. Katz
                                              DC Bar No. 425-615
                                              1400 Spring St., Suite 410
                                              Silver Spring, MD 20910
                                              (301) 495-4300
                                              Fax: (301) 495-8815
                                              Attorneys for Plaintiff

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                              DATE

(By) DEPUTY CLERK

AO 440  (Rev. DC - September 2003)  Summons in a Civil Action

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

    G  Other (specify): _____

_____

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.