UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN CARLOS GINARTE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZA RICE )<br>Secretary of State )<br>United States Department of State )<br>2201 C Street, N.W. )<br>Washington, D.C. 20520 )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 06-2074 (RWR) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137