**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUAN CARLOS GINARTE,<br><br>Plaintiff,<br><br>v.<br><br>CONDOLEEZA RICE, SECRETARY OF STATE,<br><br>Defendant. | ) | Civil Action No. 06-2074 (RWR) |

**ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT, INJUNCTIVE RELIEF, DAMAGES, AND ATTORNEYS' FEES**

Defendant, by undersigned counsel, hereby answer plaintiff's complaint for declaratory judgment, injunctive relief, damages, and attorneys' fees in the above-captioned civil action.

FIRST DEFENSE

Plaintiff is not entitled to declaratory judgment or injunctive relief in this Freedom of Information Act/Privacy Act case.

SECOND DEFENSE

Individuals are not proper defendants in civil suits filed under the Freedom of Information Act or Privacy Act.

THIRD DEFENSE

The Department of State has not improperly withheld any records in this Freedom of Information/Privacy Act case.

## FOURTH DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## FIFTH DEFENSE

Answering the number and unnumbered allegations in the complaint, defendant states as follows:

## I. NATURE OF ACTION

1. This paragraph contains a characterization of plaintiff's action not averments of fact to which a response is required. To the extent a response may be deemed required, defendant denies that agency records have been improperly withheld from plaintiff but otherwise admits.

## II. JURISICTION AND VENUE

2-3. Paragraphs 2 and 3 contain conclusions of law relating to jurisdiction, not averments of fact. No response is required.

4. Paragraph 4 contains conclusions of law relating to venue, not averments of fact. No response is required.

## III. PARTIES

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

6. Admit.

## IV. ALLEGATIONS

7. Admit only that a request from plaintiff for all documents related to plaintiff dated June 5, 2006, was received in the Department of State ("DOS"), Office of Information Programs and Services, on June 14, 2006. Defendant lacks knowledge sufficient to admit or deny the

remainder of this paragraph.

8. Admit that DOS's first response was a letter from Ms. Casto, dated June 30, 2006. Deny plaintiff's characterization of the letter, which speaks for itself.

9. Deny.

10. Admit first sentence. With respect to second sentence, admit that plaintiff's counsel replied by letter dated August 30, 2006, and deny plaintiff's characterization of the letter, which speaks for itself.

11. Admit.

12. Admit that DOS, Office of Passport Services, replied to plaintiff's counsel by letter dated October 5, 2006; deny plaintiff's characterization of the letter, which speaks for itself; and, aver that the letter indicated that the search of the Office of Passport Services resulted in the retrieval of two responsive records, both of which were released in their entirety to plaintiff as enclosures to the October 5, 2006 letter.

13. Admit the first two sentences. Deny the third sentence and aver that the sentence in the letter actually reads: "We have now completed the processing of your case." Admit that the letter does not mention appeal rights, but aver that this is because no documents were withheld from plaintiff.

## COUNT I

14. Defendant realleges and incorporates herein the answers to paragraphs 1 through 13 as if fully restated herein.

15. Admit first sentence and deny second sentence.

16. Deny.

COUNT II

17. Defendant realleges and incorporates herein the answers to paragraphs 1 through 16 as if fully restated herein.

18. Deny.

19. Defendant lacks sufficient knowledge to admit or deny the allegations in paragraph 19.

20. Deny.

The remainder of the complaint contains plaintiff's requested relief, to which no response is required. To the extent a response may be deemed required, defendant denies that plaintiff is entitled to a jury trial, damages, attorneys' fees, or to any relief whatsoever.

Defendant denies each and every statement and allegation in this complaint not specifically admitted above.

WHEREFORE, having fully answered, defendant respectfully requests that judgment be entered in its favor, that this action be dismissed with prejudice, and that defendant be granted such other relief as the Court deems appropriate.

Respectfully submitted,

/s/

JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. # 434122
Assistant United States Attorney

/s/

CLAIRE WHITAKER, D.C. # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

Of Counsel:

Brian J. Egan
Department of State
Office of the Legal Adviser