```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF COLUMBIA
```

**JUAN CARLOS GINARTE**                    \*
                                           \*
      **Plaintiff**              \* Case No. 1:06CV02074
                                           \*
  **v.**                                   \*
                                           \*
**CONDOLEEZA RICE**                        \*
                                           \*
      **Defendant.**             \*

### PLAINTIFF'S MOTION TO RESCHEDULE THE SCHEDULING CONFERENCE

    Plaintiff respectfully moves to reschedule the scheduling conference for the following grounds:

    1.   On February 13, 2007, the Court set a scheduling conference for March 2 at 11:30 a.m.

    2.   On February 15, 2007, the Court issued a docket entry, without an accompanying order, saying "Set/Reset Hearings: Scheduling Conference set for 3/2/2007 11:30 AM in Courtroom 9 before Judge Richard W. Roberts."

    3.   Undersigned counsel is not certain whether the February 15, 2007 docket entry is meant to say that the scheduling conference should be re-set. Undersigned counsel apologizes for not filing this Motion earlier, which was delayed due to very heavy time spent in court.

    4.   Undersigned conflict has the following date and time conflict with a March 2 11:30 a.m. scheduling conference: probation violation hearing in *State v. Gerald Stewart*, Prince

George's County, Maryland, Circuit Court (March 2, 2007, 9:30 a.m.). This hearing may not be completed until later in the afternoon, because March 2 and all Fridays often involve very busy motions hearings in Prince George's County Circuit Court.

    5.   On February 22, 2007, undersigned counsel's secretary called opposing counsel, Claire M. Whitaker, while undersigned counsel was in court nearly the entire day, seeking (a) her consent to this Motion and (b) offering some proposed new hearing dates to suggest to the Court. As of this time, undersigned counsel is awaiting Ms. Whitaker's reply.

    6.   While undersigned counsel has court the majority of March 2007, for court dates set before the Court set the scheduling conference, he is available on the following dates and timeblocks at this time (his calendar fills up daily): February 26 and 27; March 1, 9, 16, 19, 26-28; April 2-11, 13, and 16-31.

    WHEREFORE, Plaintiff respectfully moves to reschedule the status hearing in consultation with counsels' calendars, and to permit counsel -- if they can so agree -- to submit proposed filing deadlines in the even the Court finds that any such agreement makes a scheduling conference unnecessary.

Respectfully submitted

**MARKS & KATZ, L.L.C.**


_/s/ Jonathan L. Katz_____
Jonathan L. Katz
D.C. Bar. No. 425615
1400 Spring St., Suite 410
Silver Spring, MD 20910
(301) 495-4300
Fax: (301) 495-8815
jon@markskatz.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion was served by the CM/ECF filing system on February 22, 2007, to:

Claire M. Whitaker

___/s/ Jonathan L. Katz_____
Jonathan L. Katz