UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN CARLOS GINARTE | * |
| Plaintiff | * Case No. 1:06CV02074 |
| v. | * |
| CONDOLEEZA RICE | * |
| Defendant. | * |

## DECLARATION OF SERVICE

The undersigned, Jonathan L. Katz, is over the age of eighteen and is competent to testify as follows:

1. I hereby declare that the Summonses and Complaint and all of the documents provided by the Court were served as follows on the respective summonsed parties by certified mail, postage prepaid:

    a. Condeleeza Rice, U.S. State Department, 2201 C Street, N.W., Washington, D.C. 20520, served on January 3, 2007.

    b. Jeffrey A. Taylor, United States Attorney, 444 Fourth Street, N.W., Washington, D.C. 20530, served on January 3, 2007.

    c. Alberto R. Gonzales, United States Attorney General, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, served on January 3, 2007.

2. Proof of service is confirmed by the attached (a) certified mail receipts and (b) Postal Service confirmations of service.

I affirm that the foregoing is true to the best of my knowledge and belief.

\_\_\_\_/s/_____       January 3\_, 2007
Jonathan L. Katz                      Date




```
         Silver Spring Main Post Office
              SILVER SPRING, Maryland
                   209079998
                 1050050907 -0095
   12/29/2006    (301)608-1304    04:30:34 PM
   ──────────────── Sales Receipt ────────────────
   Product          Sale Unit           Final
   Description       Qty  Price         Price

   WASHINGTON DC 20530                  $0.87
   First-Class
   2.40 oz.
     Return Rcpt (Green Card)           $1.85
     Certified                          $2.40
     Label #:      70060810000158672090
     Customer Postage                  -$5.12
     Subtotal:                          $0.00
                                       ────────
     Issue PVI:                         $0.00

   WASHINGTON DC 20526                  $0.87
   First-Class
   2.60 oz.
     Return Rcpt (Green Card)           $1.85
     Certified                          $2.40
     Label #:      70060810000158672069
     Customer Postage                  -$5.12
     Subtotal:                          $0.00
                                       ────────
     Issue PVI:                         $0.00

   WASHINGTON DC 20520                  $0.87
   First-Class
   2.40 oz.
     Return Rcpt (Green Card)           $1.85
     Certified                          $2.40
     Label #:      70060810000158672076
     Customer Postage                  -$5.12
     Subtotal:                          $0.00
                                       ────────
     Issue PVI:                         $0.00
```

```
   WASHINGTON DC 20530                  $0.87
   First-Class
   2.70 oz.
     Return Rcpt (Green Card)           $1.85
     Certified                          $2.40
     Label #:      70060810000158672052
     Customer Postage                  -$5.12
     Subtotal:                          $0.00
                                       ────────
     Issue PVI:                         $0.00

   WASHINGTON DC 20530                  $0.87
   First-Class
   2.60 oz.                             Void
     Return Rcpt (Green Card)           Void
     Certified
     Label #:      70060810000158672083
                                       ────────
     Issue PVI:                         $5.12

   Refund PVI                          -$5.12
   WASHINGTON DC 20530                  $0.87
   First-Class
   2.60 oz.
     Return Rcpt (Green Card)           $1.85
     Certified                          $2.40
     Label #:      70060810000158672083
     Customer Postage                  -$5.12
     Subtotal:                          $0.00
                                       ────────
     Issue PVI:                         $0.00

                                       ────────
   Total:                               $0.00
   Paid by:

   Bill#: 1000501322597
   Clerk: 18

        All sales final on stamps and postage.
        Refunds for guaranteed services only.
             Thank you for your business.
                    Customer Copy
```



Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **7006 0810 0001 5867 2076**
Status: **Delivered**

Your item was delivered at 5:41 AM on January 3, 2007 in WASHINGTON, DC 20520.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



Home | Help

Track & Confirm

## Track & Confirm

**Search Results**

Label/Receipt Number: **7006 0810 0001 5867 2052**
Status: **Delivered**

Your item was delivered at 4:52 AM on January 3, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

  POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                                    1/17/2007



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0001 5867 2083**
Status: **Delivered**

Your item was delivered at 4:52 AM on January 3, 2007 in WASHINGTON, DC 20530.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---



**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy