```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF COLUMBIA

JUAN CARLOS GINARTE              *
                                 *
        Plaintiff                *  Case No. 1:06CV02074
                                 *
     v.                          *  Sched. Conf.: 4/13/07
                                 *
CONDOLEEZA RICE                  *
                                 *
        Defendant.               *
```

**PLAINTIFF'S CONSENT MOTION TO CANCEL SCHEDULING CONFERENCE**

Plaintiff respectfully moves – by all parties' consent - to cancel the scheduling conference for the following grounds:

1. Defendant's counsel, Claire Whitaker, spoke by phone on April 11, 2007, with undersigned counsel, and consented to canceling the scheduling conference.

2. Undersigned counsel and defense counsel Claire Whitaker yesterday afternoon left a voice mail with Judge Roberts's courtroom clerk that undersigned counsel would be filing this consent motion, and that undersigned counsel does plan to file an opposition to Defendant's summary judgment motion filed on April 5, 2007.

3. Now that Defendant has filed a summary judgment motion, a scheduling conference appears unnecessary. If the Court decides to hold a hearing on the summary judgment matter, undersigned counsel has numerous dates available for such a hearing.

4. Local Rule 16.3 exempts Freedom of Information cases (this is a Freedom of Information Act case) from the general requirement for parties to meet and confer about scheduling matters prior to a scheduling conference.

5. To the best of his recollection, undersigned counsel understood the April 11 voicemail of Judge Roberts's courtroom clerk to include an inquiry whether the parties wished a scheduling conference at all.

6. Consequently, undersigned counsel will appear for the scheduling conference unless he learns in advance that this Motion has been granted.

7. Undersigned counsel respectfully requests that this Motion be acted on today if possible, in that undersigned counsel might have an opportunity to appear for a potential new client on the same date and time as the current scheduling conference, for a criminal motions hearing in Front Royal, Virginia, District Court.

8. The CM/ECF filing system was down last night, which is why this Motion is being filed now.

WHEREFORE, Plaintiff, by all parties' consent, respectfully moves to cancel the Scheduling Conference (or, in the alternative to postpone it until further notice from the Court) pending Plaintiff's filing an opposition to the Defendant's

summary judgment motion, and Defendant's filing any reply thereto.

                              Respectfully submitted

                              **MARKS & KATZ, L.L.C.**

                              _/s/ Jonathan L. Katz_____
                              Jonathan L. Katz
                              D.C. Bar. No. 425615
                              1400 Spring St., Suite 410
                              Silver Spring, MD 20910
                              (301) 495-4300
                              Fax: (301) 495-8815
                              jon@markskatz.com

                              Counsel for Plaintiff

                        **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Motion was served by the CM/ECF filing system on April 12, 2007, to:

Claire M. Whitaker

                            ___/s/ Jonathan L. Katz_____
                                  Jonathan L. Katz