**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUAN CARLOS GINARTE,<br><br>Plaintiff,<br><br>v.<br><br>CONDOLEEZA RICE, SECRETARY OF STATE,<br><br>Defendant. | ) | Civil Action No. 06-2074 (RWR) |

JOINT REPORT TO THE COURT PURSUANT TO THE COURT'S SCHEDULING ORDER

Pursuant to the Court's Order for Initial Scheduling Conference, dated February 12, 2007, the parties submit the following mandatory information:

1. The parties do not consent to the transfer of this case to a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c).

2. A motion for summary judgment has been filed by defendant in this Freedom of Information Act case. The response and reply to said motion will be filed in accordance with the rules of this Court. Plaintiff intends to request the right to engage in discovery in his response to defendant's motion. Defendant will oppose discovery. In the event that the Court determines that further proceedings are necessary, the parties suggest holding a status conference at that time.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| JONATHAN L. KATZ, Esq., Bar #425615<br>1400 Spring St., Suite 410<br>Silver Spring, MD 20910<br>301-495-8815 | JEFFREY A. TAYLOR , Bar # 498610<br>United States Attorney |

_____/s/_____________________________

RUDOLPH CONTRERAS, Bar # 434122
Assistant United States Attorney

______/s/____________________________

CLAIRE WHITAKER, Bar # 354530
Assistant United States Attorney
555 4th St., N.W. E-4204
Washington, D.C. 20530
202-514-7137