```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| JUAN CARLOS GINARTE,         )<br>                              )<br>          Plaintiff,         )<br>                              )<br>          v.                  )   Civil Action No. 06-2074 (RWR)<br>                              )<br>CONDOLEEZA RICE,              )<br>                              )<br>          Defendant.          )<br>                              ) | |

## FINAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that the State Department's motion [8] for summary judgment be, and hereby is, GRANTED.

This is a final, appealable order.

SIGNED this 23rd day of July, 2007.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```